**Hilda L. SOLIS, Secretary of Labor, United States Department of Labor, Appellee,**

v.

**HILL COUNTRY FARMS, INC., doing business as Henry's Turkey Services; Kenneth Henry, individually, Appellants.**

**No. 11–3069.**

United States Court of Appeals, Eighth Circuit.

Submitted: May 4, 2012.

Filed: May 14, 2012.

Mary J. Rieser, U.S. Department of Labor Office of the Solicitor, Washington, DC, Mary D. Wright U.S. Department of Labor Office of Regional Solicitor, Kansas City, MO, David L. Scieszinski, Wilton, IA, for Plaintiff.

David L. Scieszinski, for Defendant.

Before MURPHY, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

In this action brought by the Secretary of the United States Department of Labor for violations of the Fair Labor Standards Act, defendants Hill Country Farms, d/b/a Henry's Turkey Services, and Kenneth Henry, individually, appeal the district court's [1] adverse grant of partial summary judgment and the court's final judgment.

Having carefully reviewed the record and the parties' arguments on appeal, we agree with the district court's thorough and well-reasoned summary judgment analysis, *see Chao v. Barbeque Ventures, LLC,* 547 F.3d 938, 941 (8th Cir.2008) (de novo review of summary judgment decision); *Walsh v. United States,* 31 F.3d 696, 698 (8th Cir.1994) (where unresolved issues are primarily legal rather than factual, summary judgment is particularly appropriate), and we find no basis for reversing the judgment. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.